UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**SEAN WILLIAM LEE**                                                                                      **PETITIONER**
Reg # 20178-076

VS.                                             2:20-cv-00204-JM-JTR

**DEWAYNE HENDRIX, Warden,**
**FCI Forrest City-Low**                                                                           **RESPONDENT**

## JUDGMENT

Consistent with the Order entered separately today, this case is DISMISSED WITHOUT PREJUDICE.  All relief sought is denied, and the case is closed.

Dated this 23rd day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE